AO 245A  (Rev. 12/03) Judgment of Acquittal

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

# UNITED STATES DISTRICT COURT

OCT 2 3 2013

WESTERN DISTRICT OF ARKANSAS

BY CHRIS R. JOHNSON, CLERK

DEPUTY CLERK

UNITED STATES OF AMERICA

**JUDGMENT OF ACQUITTAL**

V.

DAVID FISHER

CASE NUMBER:  5:13-CR-50004-004

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

P.K. Holmes
_____
Signature of Judge

P.K. Holmes, III, Chief U.S. District Judge
_____
Name and Title of Judge

10 - 23 - 13
_____
Date